# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2012

Robert P. Young, Jr.,
Chief Justice

145387 (146)(147)(149)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

STAND UP FOR DEMOCRACY,
        Plaintiff-Appellee,

v

SC: 145387
COA: 310047

SECRETARY OF STATE and BOARD OF
STATE CANVASSERS,
        Defendants,
and

CITIZENS FOR FISCAL RESPONSIBILITY,
        Intervenor-Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration, the motion to supplement record, and the motion for leave to file brief amicus curiae are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2012

_____
Clerk

t0723